1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JULES BUCKLEY,

11          Plaintiff,                    No. CIV S-10-2474 DAD P

12          vs.

13   HIGH DESERT STATE PRISON, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not

19   been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

20   will be provided another opportunity to submit a fully completed application to proceed in forma

21   pauperis.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma

24   pauperis application used by this court; and

25   /////

26   /////

1

1         2.  Plaintiff shall submit, within thirty days from the date of this order, a fully

2 completed in forma pauperis application.  Plaintiff's failure to comply with this order will result

3 in a recommendation that this action be dismissed without prejudice.

4 DATED: September 16, 2010.

5

6 _____

DALE A. DROZD

7 UNITED STATES MAGISTRATE JUDGE

8

9 DAD:mp

buck2474.3c

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26