IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULES BUCKLEY,

    Plaintiff,                    No. CIV S-10-2474 DAD P

    vs.

HDSP et al.,

    Defendants.                  <u>ORDER</u>

         By order filed March 29, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

         Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: May 10, 2011.

                                                                   DALE A. DROZD
                                                                   UNITED STATES MAGISTRATE JUDGE

DAD:9
buck2474.fta

1